JS-6

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
 Office of the General Counsel
 Office of Program Litigation
 Social Security Administration
 6401 Security Boulevard
 Baltimore, MD 21235
 Telephone: (510) 970-4861
 Facsimile: (415) 744-0134
 Email: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CECILIA M. FRAIJO,<br><br> Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br> Defendant. | Case No. 5:23-cv-00212-MEMF-SHK<br><br>[~~PROPOSED~~] JUDGMENT |

-1-

1  The Court having approved the parties' stipulation to remand this case
2  pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3  with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4  entered for Plaintiff.

6  DATED: 5/17/2023

7  HONORABLE JUDGE SHASHI H. KEWALRAMANI
8  UNITED STATES MAGISTRATE JUDGE